# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE LABORERS' DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **MINISCALCO CORPORATION,** <br><br> Defendant. | CIVIL ACTION <br><br> NO. 2:20-cv-5745-KSM |

## ORDER

**AND NOW** this 12th day of January, 2021, upon consideration of Plaintiffs' Motion for Alternative Service of Complaint and Summons (Doc. No. 4.), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Plaintiffs' motion (Doc. No. 4) is **DENIED without prejudice**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.