IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE LABORERS DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **MINISCALCO CORPORATION,** <br><br> Defendant. | CIVIL ACTION <br><br> NO. 20-5745-KSM |

## ORDER

**AND NOW** this 18th day of April, 2023, upon consideration of Defendant's Motion to Vacate the Default Judgment (Doc. Nos. 49, 52) and Plaintiffs' response (Doc. No. 53), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's motion (Doc. No. 49) is **DENIED**.

It is further **ORDERED** that Defendant shall respond to Plaintiffs' Motion to Amend/Correct Default Judgment (Doc. No. 34) by **May 5, 2023**.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.